## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JERALD SHOUSE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-06-1012-F |
| | ) | |
| JUSTIN JONES, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

On January 25, 2007, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation (doc. no. 19), wherein he recommended that petitioner, Jerald Shouse's request for an evidentiary hearing and petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied.

Presently before the court is the timely objection of petitioner to the Report and Recommendation.  Pursuant to 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter.  Having done so, the court concurs with the analysis of Magistrate Judge Bacharach as to each ground of habeas relief alleged by petitioner.  The court also concurs with Magistrate Judge Bacharach's analysis in regard to petitioner's request for an evidentiary hearing.  The court finds petitioner's arguments to be without merit.  Accordingly, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

IT IS THEREFORE ORDERED that the Report and Recommendation issued by United States Magistrate Judge Robert E. Bacharach  (doc. no. 19) is **ACCEPTED, ADOPTED**, and **AFFIRMED**.

IT IS ALSO ORDERED that petitioner, Jerald Shouse's request for evidentiary hearing is **DENIED**.

IT IS FURTHER ORDERED that petitioner, Jerald Shouse's  petition for a writ of habeas corpus, filed September 19, 2006 (doc. no. 1), is **DENIED**.

DATED February 8, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-1012p002(pub).wpd